# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**DENNIS JAMES CLARK,**  :
   :
   Plaintiff,  :
   :
v.  :  Civil Action No. 5:09-CV-346 (HL)
   :
**MAREKA AMICA, et al.,**  :
   :
   Defendants.  :
_____

# ORDER

The Recommendation of United States Magistrate Judge Claude W. Hicks, Jr., entered November 3, 2009 (Doc. 7), in the above-captioned case is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation to deny Plaintiff's Motion for Default Judgment (Doc. 4).

**SO ORDERED**, this the 2nd day of December, 2009.

               *s/ Hugh Lawson*
               **HUGH LAWSON, SENIOR JUDGE**

mbh