# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

DENNIS JAMES CLARK,

        Plaintiff

VS.

Counselor AMICA, *et al.*,

        Defendants

NO. 5:09-CV-346 (HL)

**O R D E R**

      Plaintiff **DENNIS JAMES CLARK**, an inmate at Calhoun State Prison in Morgan, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an order dated November 3, 2009, the Court ordered plaintiff to recast his complaint. Plaintiff was expressly informed that if he failed to comply with the Court's directive by December 1st, his case would be dismissed. To date, plaintiff still has not complied with the Court's order. Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

      **SO ORDERED**, this 8th day of December, 2009.

                                      *s/  Hugh Lawson*
                                      HUGH LAWSON
                                      UNITED STATES DISTRICT JUDGE

cr